DISTRICT OF OREGON: ss,                    AFFIDAVIT OF BOBBY GUTIERREZ

## Affidavit in Support of a Criminal Complaint

I, Bobby Gutierrez, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since January 2021.  I am currently assigned to the FBI's Portland Division and am part of the Transnational Organized Crime and Violent Gang Squad.  I presently work a variety of criminal and national security matters, including the investigation of violent crimes, gangs and narcotics, in addition to the apprehension of federal fugitives.  During my 21-week training at the FBI Academy, Quantico, Virginia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause.  In my current area of responsibility, I work with law enforcement officers who have experience and training in investigating coded communication involving the distribution of controlled substances and gang affiliations.  I have used this training and experience, as well as the training and experience of other law enforcement officers familiar with this investigation, to demonstrate how criminal enterprises plan, organize and carry out criminal activity.

2.      Prior to being employed with the FBI, I was a Licensed Master Social Worker (LMSW) in the state of Arizona for approximately six years.  As a LMSW, I was responsible for creating and implementing target treatment plans for court-ordered criminal offenders with a chronic history of substance use disorders, domestic violence, and child abuse.  In addition to my employment as an LMSW, I was a behavioral health consultant for Medicare/Medicaid and oversaw medical and mental health treatment for patients residing in assisted living homes and

**Affidavit of Special Agent Bobby Gutierrez**                    **Page 1**

skilled nursing facilities.  As a consultant, I was responsible for auditing medical treatment plans, levels of care, and medications to include psychotropic and Schedule II narcotic pain medications.

3.      This affidavit is based upon a joint investigation conducted by the Portland Police Bureau (PPB) Central Neighborhood Response Team (NRT), United States Attorney's Office (USAO), and the Federal Bureau of Investigation (FBI).

### Purpose of Affidavit

4.      This affidavit is submitted to support a criminal complaint and arrest warrants for **HECTOR VILLATORO-ACOSTA**, a Hispanic male, date of birth 01/xx/1978 (hereinafter referenced as "**VILLATORO-ACOSTA**") and **FREDYS MEDINA-VILLATORO**, a Hispanic male, date of birth 06/xx/2003, (hereinafter referenced as **MEDINA-VILLATORO**) for committing the felony crimes of:

- Conspiracy to Distribute and Possess with Intent to Distribute 400 grams or more of a mixture and substance containing Fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and,

- Possession with Intent to Distribute 400 grams or more of a mixture and substance containing Fentanyl, a Schedule II controlled substance, within 1,000 feet of the real property comprising a public or private elementary, vocational, or secondary school, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 860,

hereinafter the Target Offenses.

///

///

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 2**

5.     I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below; from reports of other law enforcement officers; and, from records, documents and other evidence obtained during this investigation.

**Summary of Probable Cause**

*Background on Investigation*

6.     In July 2026, PPB Investigators spoke with an individual following their arrest for a felony controlled substance offense involving the distribution and possession with intent to distribute fentanyl that was committed in downtown Portland, Oregon.  This individual agreed to cooperate with law enforcement and is hereinafter referred to as a cooperating defendant (CD). CD is cooperating in hopes of receiving either charging or sentencing consideration, although no promises have been made to them.  During a debrief of the CD, the CD advised Investigators that the CD knew two people who were working together selling significant quantities of fentanyl and that the CD would meet them in the area near SE 24th Ave & SE Lincoln Street, Portland, Oregon to buy fentanyl from them for purposes of further distribution and use.  The CD advised they would call these dealers, who worked together and drove around in a black Jeep, and they would tell the CD where to meet.  Once the dealers showed up, they would pick the CD up in a black Jeep and conduct the deal.  In addition to what the CD would buy, the dealers would have additional amounts of fentanyl in their vehicle. The CD described these dealers as Hispanic and that both were a little chubby.  The driver, who the CD knew as "Liam," had short hair, while the person the CD knew as "Desmond" would sit in the back seat of the vehicle and he was bald.  The CD provided the phone number for "Desmond" 503-xxx-8219 (hereinafter "**Target Cellphone**") and showed Investigators text conversations between the CD and "Desmond" regarding the purchase of fentanyl.  The CD also advised these dealers concealed their narcotics inside socks.

**Affidavit of Special Agent Bobby Gutierrez**                          **Page 3**

Per the CD, when they met "Liam" did all the talking and coordinated the deal, including discussing price and quantity, while "Desmond" handled the money and drugs.

7.      As part of the ongoing Investigation, on July 10, 2026, Investigators had the CD call the **Target Cellphone** to arrange the purchase of fentanyl.  During the call, which was done in the presence of Investigators, the CD talked to the user of the **Target Cellphone** who provided a deal location of 2109 SE 24th Avenue, Portland, Oregon (which is on the corner of SE 24th Avenue and SE Lincoln Street, in Portland, Oregon), in which to complete a deal for fentanyl. Later that afternoon, Investigators setup near the deal location in attempt to identify the suspected dealers and the black Jeep they used (hereinafter "**Target Jeep**").  The CD, who was under observation by Investigators near the deal location, was instructed to inform Investigators when the **Target Jeep** arrived at the location.  A short time later, the CD advised the **Target Jeep** had arrived and Investigators identified and then followed the **Target Jeep,** ultimately stopping it near SE Caruthers Street and SE 20th Avenue, Portland, Oregon.  Both occupants were taken into custody.[1]

8.      The driver, who matched the CD's description of "Liam," was identified as **Fredys Medina-Villatoro** (**MEDINA-VILLATORO**) and the rear passenger, who matched the CD's description of "Desmond," was identified as **Hector Villatoro-Acosta** (**VILLATORO-ACOSTA**).  Both individuals were advised of their constitutional *Miranda* rights and acknowledged understanding their rights.  Investigators asked the driver (**MEDINA-**

---

[1]      Investigators determined, through Google maps, that the location where the deal was initially scheduled to occur at SE 24th Avenue and SE Lincoln Street, Portland, Oregon, is approximately 965.8 feet away from the real property of the Portland Forest School and the SE 20th Avenue and SE Caruthers Street, Portland, Oregon location where the defendants were stopped and taken into custody is approximately 804 feet away from the real property of the New Day School.  Both schools are private elementary, vocational, or secondary schools.  Investigators have found Google maps to be an accurate indicator of distances.

**Affidavit of Special Agent Bobby Gutierrez**                                          **Page 4**

**VILLATORO**) if he would consent for Investigators to search his vehicle and he provided them consent to search the **Target Jeep**.  During a search of the vehicle, Investigators discovered a backpack which contained multiple stuffed socks inside of it.  Inside each of the sock Investigators found they each contained several plastic bags containing prepackaged chunks of a powdery white substance that they recognized as being consistent with the appearance of fentanyl.  The suspected fentanyl was divided into multiple plastic bags of various sizes, which is consistent with the prepackaging of fentanyl in varying amounts for purposes of further distribution.  Investigators also discovered a Burger King bag in the Jeep that contained numerous plastic baggies believed to be used for further packaging and distribution.  Investigators also discovered bulk U.S. Currency inside the center console.  Below are some images mentioned above:



///

///

///

**Affidavit of Special Agent Bobby Gutierrez**                              **Page 5**



9.      Investigators showed photos of the driver and the rear passenger to the CD.  The CD confirmed their identities as the two people the CD previously described and that they were the two people the CD was purchasing fentanyl from.  Additionally, Investigators noted that the driver had short hair while the rear passenger was bald, which was consistent with how the CD had previously described them.

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 6**

10.    The suspected fentanyl was taken to PPB's Central Precinct in downtown Portland, Oregon to weigh and field test.  Investigators tested multiple samples of the suspected fentanyl powder using a MobileDetect test kit and received presumptively positive (+) results for fentanyl, a Schedule II controlled substance.  I have found MobileDetect to be a reliable way to field test controlled substances with subsequent forensic analysis regularly confirming the initial results.

11.    In total, from the backseat of the Jeep Investigators located and seized six (6) bags containing a total of approximately 843.7 grams of fentanyl, to include packaging.  Investigators also seized five (5) cellular phones and approximately $3,900 in U.S. Currency from the vehicle. Approximately $90 in U.S. Currency was found on **VILLATORO-ACOSTA**.  Below are pictures of the seized fentanyl, as well as the cash and phones:[2]



///

---

[2]    When **VILLATORA-ACOSTA** was being taken into custody he took one of the phones and broke it by bending it in half, which in turn broke the screen of the phone.

**Affidavit of Special Agent Bobby Gutierrez**                    **Page 7**



12.      While Investigators processed the evidence, both **MEDINA-VILLATORO** and

**VILLATORO-ACOSTA** were held in separate detention cells to be further interviewed.  During

their subsequent interviews both defendants said they had no knowledge of the narcotics

discovered inside the vehicle.  Additionally, both subjects reported they did not have jobs and

could not explain the bulk U.S. Currency seized from the **Target Jeep**.  Both defendants were

subsequently lodged at the Multnomah County Detention Center on federal charges.  A law

enforcement database search on both defendants revealed an active warrant for **VILLATORA-**

**ACOSTA**.

13.      I am very familiar with how fentanyl dealers operate, and I know that fentanyl

traffickers regularly sell both bulk fentanyl powder and counterfeit prescription pills manufactured

with fentanyl, a Schedule II controlled substance.  I know that fentanyl is a powerful synthetic

opioid that is 50 times more potent than heroin and 100 times more potent than morphine.  I know

that two (2) milligrams of fentanyl is considered a potentially fatal dose.  I know that fentanyl

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 8**

powder is typically a white to off-white powder. Since different weights of powdered fentanyl sell for different amounts, I know that drug dealers selling fentanyl powder will often either prepackage the fentanyl in various predetermined weights for sale or possess a scale to weigh the amount of powder fentanyl they are selling. I also know drug dealers selling powdered fentanyl, which they will often possess in bulk/larger amounts, will often possess additional packaging materials to repackage the drugs they are selling to their customer. Depending on their level of addiction, I know that a user of powdered fentanyl will typically buy it in quantities of less than a gram to several grams at a time and use it in quantities of less than 1/10 of a gram at a time, typically by burning it on a piece of foil and inhaling the smoke. I know that dealers of powdered fentanyl will often buy fentanyl in larger quantities and then break off and sell it in smaller qualities. I know that a person possessing more than 10 grams of fentanyl powder does not possess it for personal use but rather such a quantity clearly indicates that it is possessed for purposes of further distribution. Individuals possessing more than 400 grams of fentanyl would be considered substantial dealers of fentanyl.

## Conclusion

14.     Based on the foregoing, I have probable cause to believe, and I do believe, that **Fredys Medina-Villatoro** and **Hector Villatoro-Acosta** have committed the Target Offenses and I therefore request that the Court issue a criminal complaint and arrest warrant for **MEDINA-VILLATORO** and **VILLATORO-ACOSTA**.

///

///

///

**Affidavit of Special Agent Bobby  Gutierrez**                                              **Page 9**

15.    Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney Scott Kerin.   AUSA Kerin advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*
Bobby Gutierrez, Special Agent
Federal Bureau of Investigation

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at _7:10_____ a.m. p.m. on July 11, 2026.

/s/ Jeff Armistead
HONORABLE JEFFREY ARMISTEAD
UNITED STATES MAGISTRATE JUDGE

**Affidavit of Special Agent Bobby Gutierrez**                                         **Page 10**